# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:97CR44-RLV |
| | ) | |
| vs. | ) | ORDER |
| | ) | TO DISMISS INDICTMENT |
| **(1) ABIODUN DENNIS OYOWE** | ) | |
| **aka Nelson Jerry Chineke** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.

Signed: November 6, 2012

Richard L. Voorhees
United States District Judge